# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0698

_____

COLE WINE,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 14, 2024

PER CURIAM.

DISMISSED as untimely.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Cole Wine, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.